

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-6761
Re: Whether the commissioners'
court order of Matagorda
County transferring money
from the sinking fund of
a conservation and reclama-
tion dis rict to a special
fund is valid.

We are in receipt of your request for an opinion
as to whether the order of the commissioners' court of Mata-
gorda County, in transferring a sum of money from the sink-
ing fund of the Matagorda County Conservation and Reclama-
tion District to a separate account designated as "Matagorda
County Conservation and Reclamation District, Special Fund,"
is valid. You enclosed with your request a copy of the com-
missioners' court order in question, and also a copy of our
Opinion No. 0-5975.

We have carefully considered your request and have
reconsidered our views as expressed in said Opinion No. 0-5975
and re-affirm the holdings therein, and especially direct
your attention to the last paragraph thereof, which reads as
follows:

"If, as indicated in your letter, the tax
levied specifically to pay the bonds has not been
or will not be sufficient, then said district is
authorized to and may use such portion of the
State Tax collected since 1935, as may be neces-
sary to retire said bonds, both principal and
interest. All of the State tax collected, or
that may be collected since 1935, not required
to pay the unpaid portion of said bonds after
same have been credited with all the money col-
lected under the tax levied for the years 1924

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

to 1935 should be and the law requires same to be paid to the State Treasurer."

It is therefore our opinion that the commissioners' court order in question is invalid, and that such transfer constitutes a mis-application of public funds.

We are returning herewith copy of Opinion No. 0-5975 which you submitted with your request.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (s) W. V. Geppert
Assistant

WVG:EB:fb
APPROVED AUG. 14, 1945
(s) Grover Sellers
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY (s) BWB, CHAIRMAN